

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

JSPAZ Guardian Energy Services,
LLC d/b/a Guardian Energy Services,
and Jackson Thompson, as Guarantor,

Vs. No. 11-20-00245-CV

Avalanche Equipment, LLC,

\* From the 118th District Court
  of Howard County,
  Trial Court No. 54288.

\* June 10, 2021

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered Appellants' agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Appellants.